173 F.3d 749
 Max LOPEZ, Jr., Plaintiff-Appellant,
v.
G.A. SMITH, Warden; Larry Loo, Chief Medical Officer; A.
Acevedo, Chief Dental Officer; Patterson, Counselor 4A-2R;
R. Keiner, Dentist; M.P. McClure, 4A-2R Appeals
Coordinator, Defendants-Appellees.
 No. 97-16987.
 United States Court of Appeals,
Ninth Circuit.
 Decided April 12, 1999.
 
 Before: Procter Hug, Jr., Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, Lopez v. Smith, 160 F.3d 567 (9th Cir.1998) is withdrawn.